UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M S,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL CORRECTIONAL INSTITUTION - DUBLIN, et al.,<br><br>Defendants. | Case No. 22-cv-08924-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *United States v. Bellhouse*, 22-cr-00066-YGR.

**IT IS SO ORDERED.**

Dated:  February 6, 2023



_____
JON S. TIGAR
United States District Judge