UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M.R.**, | **Case No.:** 4:22-cv-5137-YGR |
| Plaintiff, | |
| v. | **Case Management and Pretrial Order** |
| **FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, ET AL.**, | |
| Defendants. | |
| **M.S.**, | **Case No.:** 4:22-cv-8924-YGR |
| Plaintiff, | |
| v. | |
| **FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, ET AL.**, | |
| Defendants. | |
| **GENESIS PRECIADO**, | **Case No.:** 4:22-cv-9096-YGR |
| Plaintiff, | |
| v. | |
| **JOHN RUSSELL BELLHOUSE, ET AL.**, | |
| Defendants. | |
| **D.V.**, | **Case No.:** 4:23-cv-2135-YGR |
| Plaintiff, | |
| v. | |
| **FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, ET AL.**, | |
| Defendants. | |

| | |
|---|---|
| **J.,** | **Case No.:** 4:23-cv-2201-YGR |
| Plaintiff, | |
| v. | |
| **FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, ET AL.,** | |
| Defendants. | |
| **C.,** | **Case No.:** 4:23-cv-2206-YGR |
| Plaintiff, | |
| v. | |
| **FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, ET AL.,** | |
| Defendants. | |
| **A.,** | **Case No.:** 4:23-cv-2342-YGR |
| Plaintiff, | |
| v. | |
| **FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, ET AL.,** | |
| Defendants. | |
| **R.,** | **Case No.:** 4:23-cv-2405-YGR |
| Plaintiff, | |
| v. | |
| **FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, ET AL.,** | |
| Defendants. | |

| | |
|---|---|
| **D.S.**, <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN, ET AL.,** <br><br> Defendants. | **Case No.:** 4:23-cv-2668-YGR |
| **ANDREA REYES,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS),** <br><br> Defendant. | **Case No.:** 4:22-7704-YGR |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On Monday, July 10, 2023, the Court held a case management conference with respect to all the above-related cases. In accordance with Rule of Civil Procedure 1, the Court issues the following orders:

1. All pending motions are deemed **WITHDRAWN WITHOUT PREJUDICE TO REFILING**.
2. Requests to amend complaints are **GRANTED**.
3. All current cases and any future related civil actions are **STAYED** until **Monday, December 18, 2023.**
4. On **Monday, December 18, 2023, at 1:00 p.m.** the Court will hold a further Case Management Conference via the Zoom platform. The parties shall file one joint and comprehensive statement for all cases five (5) business days in advance of the further case management conference date, including an update on service, response deadlines, pending motions, and anticipated actions. The Court intends to consolidate briefing with respect to similarly situated defendants and issues. The parties should confer on the overlap of legal issues. As set forth in the Court's Standing Order in Civil Cases, these

conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the case management conference by lead counsel with authority to enter into stipulations and be fully prepared to address all matters necessary for management and ultimate resolution of these actions.

**IT IS SO ORDERED**.

Date: **July 13, 2023**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**