**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.S.,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL CORRECTIONAL INSTITUTION ("FCI") DUBLIN; ROSS KLINGER; RAY J. GARCIA; and UNITED STATES OF AMERICA, a governmental entity,<br><br>    Defendants. | CASE NO. 4:22-cv-08924-YGR<br><br>**[~~PROPOSED~~] ORDER TO ~~REMOVE OR~~ LOCK INCORRECTLY FILED DOCUMENT** |

An Administrative Motion to Remove or Lock Incorrectly Filed Document has been filed by Plaintiff M.S. based on its containing sensitive information that was inadvertently included in the exhibits attached to the Complaint.

Accordingly, it is ordered that Plaintiff's Complaint (ECF No. 1) shall be permanently ~~removed or~~ locked from the Court's docket.

IT IS SO ORDERED.

Dated: __October 26, 2023__  _____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge

- 1 -

[~~PROPOSED~~] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT