UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL -8 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

CALIFORNIA COALITION FOR
WOMEN PRISONERS, et al.,

     Plaintiffs.

     v.

UNITED STATES OF AMERICA
FEDERAL BUREAU OF PRISONS, et al.,

     Defendants.

Case No.

4:2022-CV-08924-YGR
4:2022-CV-09096-YGR
4:2023-CV-02668-YGR
4:2023-CV-05356-YGR
4:2023-CV-04155-YGR
4:2024-CV-01980-YGR
4:2024-CV-01360-YGR

TO ALL PARTIES AND COUNSEL OF RECORD:


### NOTICE OF APPEAL


Comes Now, John Russell Bellhouse, Defendant Pro Se in the above styled case(s), Appealing the Court's recent denial of his Motion to Appoint Counsel to represent him. The Defendant believes he has adequate grounds to warrant such an appeal, to the Ninth Circuit Court of Appeals.


Respectfully submitted,

_John Russell Bellhouse_____
John Russell Bellhouse, Pro Se

06/28/2024
Date

Note: This document was written and prepaired by FCI Oakdale
     Law Library inmates, who assist inmates who have
     limited knowledge of Law. Mr. Bellhouse has read and
     approved the above document.