UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| M.S.,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>JOHN RUSSELL BELLHOUSE,<br><br>    Defendant - Appellant,<br><br>and<br><br>UNITED STATES OF AMERICA, Federal Correctional Institution - Dublin; et al.,<br><br>    Defendants. | No. 24-4271<br><br>D.C. No.<br>4:22-cv-08924-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: SCHROEDER, M. SMITH, and HURWITZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**