

FILED

SEP -3 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
THE NINTH CIRCUIT

M ... R.,
... WOMEN

PLAINTIFF

V

UNITED STATES OF AMERICA, FEDERAL
CORRECTIONAL INSTITUTION,
JOHN RUSSELL BELLHOUSE.

DEFENDANT

CASE NUMBER:

4:2022-CV-08924 - YGR
4:2022-CV-09096 - YGR
4:2023-CV-02668 - YGR
4:2023-CV-05356 - YGR
4:2023-CV-04155 - YGR
4:2024-CV-01980 - YGR
4:2024-CV-01360 - YGR

## MOTION TO DISMISS

**Comes Now,** John Russell Bellhouse, Defendant Pro Se in the
above styled case(s), requesting this Honorable Court dismiss
this Defendant's Cause of Action [Notice of Appeal] and
[Motion to Stay Pending Appeal] without prejudice.

USPS Certified Mail:  9589 0710 5270 0335 6142 38

Respectfully submitted,

John Russell Bellhouse

John Russell Bellhouse

08/26/2024

Date

John R. Bellhouse # 76806-509
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463

CERTIFIED MAIL®

9589 0710 5270 0335 6142 38



SHREVEPORT LA

28 AUG 2024

United States District Court
Northern District of California
Attn: Clerk of the Court
1301 Clay Street, Suite 400S
Oakland, CA 94612





94612-521299



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

LEGAL MAIL