

JESSICA K. PRIDE (SBN 249212)
jpride@pridelawfirm.com
SOPHIA REBECCA MARIE (SBN
sophia@pridelawfirm.com
THE PRIDE LAW FIRM
2831 Camino Del Rio S., Suite 104
San Diego, CA 92108
Telephone: (619) 516-8166
Facsimile: (619) 785-3414
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE YVONNE GONZALEZ ROGERS)**

| | |
|---|---|
| M.S.<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL CORRECTIONAL INSTITUTION "FCI" DUBLIN; GUIDO ABELLERA, M.D.; JOHN BELLHOUSE; JEFFREY WILSON; RAY J. GARCIA; UNITED STATES OF AMERICA, a governmental entity; and DOES 1-25,<br><br>        Defendants. | CASE NO. 4:22-cv-08924-YGR<br><br>**JOINT MOTION FOR DISMISSAL** |

Plaintiff M.S. and Defendant United States of America have reached a settlement resolving all claims, causes of action and related issues affecting their respective rights, liabilities, and interests in the above captioned matter. All signatures have been obtained on a formal settlement agreement and settlement funds have been paid in full. The parties hereby request this matter be dismissed in

- 1 -
**JOINT MOTION FOR DISMISSAL**

its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(2),   with the parties to bear their own attorney's fees and costs.

**Pursuant to the Court's approval of this order, the motion at Dkt. No. 91 is Denied as Moot.**

Respectfully Submitted,

Dated: February 3, 2025                          **THE PRIDE LAW FIRM**

/s/ Jessica K. Pride
_____

Jessica K. Pride
Attorneys for Plaintiff

**NATALIE K. WIGHT**
United States Attorney
District of Oregon

Dated: February 3, 2205

/s/ Patrick J. Conti
_____

**PATRICK J. CONTI**
Assistant United States Attorney
*Counsel for the United States of America* Acting under authority conferred by 28 U.S.C. § 515

- 2 -
**JOINT MOTION FOR DISMISSAL**